IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH ANN PACKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 11-0084-CG-N |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED, ADJUDGED and DECREED** that the decision of the Commissioner of Social Security is **AFFIRMED.** Therefore, this action is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 14th day of February, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE